

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00271-CR |
| State, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| VICTOR MANUEL GALLEGOS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120C00815) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until

**July 21, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

APPEELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles L. Roberts, the Appellee's Attorney, prepare

the Appellee's brief and forward the same to this Court on or before July 21, 2015.

IT IS SO ORDERED this 29th day of June, 2015.

PER CURIAM

Before McClure, CJ, Rodriguez, and Hughes, JJ.